Michael H. Weiss (State Bar Number 107481)
mw@weissandspees.com
Laura J. Meltzer (State Bar Number 151889)
lm@weissandspees.com
WEISS & SPEES, LLP
1925 Century Park East, Suite 650
Los Angeles, CA 90067-2701
Telephone: 424-245-3100
Facsimile: 424-217-4160

Attorneys for Defendants
Gabriele Israilovici and Giovanni Nappi

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE<br><br>CECCHI GORI PICTURES, INC., a California corporation; CECCHI GORI USA, INC., a California corporation,<br><br>    Debtors.<br><br>CECCHI GORI PICTURES, INC. and CECCHI GORI USA, INC.,<br>    Plaintiffs,<br>v.<br>GABRIELE ISRAILOVICI, an individual, GIOVANNI NAPPI, an individual, and KLAGI LIMITED (a/k/a KLAGI MANAGEMENT LIMITED and KLAGI LTD.), a Hong Kong corporation<br>    Defendants. | Case No. 16-53499<br>(Administratively consolidated with Case No. 16-53500)<br>Chapter 11<br>Adv. No. 17-05084<br>Judge: Hon. M. Elaine Hammond<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION THAT THE STATUTE OF LIMITATIONS BARS THE FIRST, SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>**FILED WITH:**<br>  1. **MEMORANDUM OF POINTS AND AUTHORITIES;**<br>  2. **DECLARATIONS OF BRENT BLAKELY AND GIOVANNI NAPPI; AND**<br>  3. **APPENDIX OF EXHIBITS**<br><br>Hearing:<br>Date:    June 24 .2109<br>Time:   11:00 a.m.<br>Place:   Courtroom 3020<br>          280 So. First St.<br>          San Jose. CA 95113-3099 |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE at the time and place noted above or as soon thereafter as |
| 2 | counsel may be heard, Defendants GABRIELE ISRAILOVICI and GIOVANNI NAPPI |
| 3 | (collectively, the "Moving Parties") hereby move this Court to grant summary judgment on the |
| 4 | first three claims for relief in the First Amended Complaint ("FAC") [Adv. Dkt. No. 24] under |
| 5 | Federal Rule of Bankruptcy Procedure 7056 (the "Motion") because there are no genuine triable |
| 6 | issues of fact; and as such, each of said claims for relief are barred by the statute of limitations. |

The Motion is based on the accompanying appendix of exhibits, declarations and memorandum of points and authorities, those matters of which the Court may take judicial notice, the pleadings and papers on file with this Court and any argument or evidence presented at the hearing on the Motion.

Any opposition to the Motion must be in writing and served and filed with the Court no later than fourteen (14) days prior to the hearing date noted above. Failure to file an opposition to the Motion may be deemed to be consent to the relief sought.

Dated: May 24, 2019                    WEISS & SPEES, LLP

*/s/ Michael H. Weiss*
Attorneys for Defendants
Gabriele Israilovici and Giovanni Nappi